UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  06-cr-00006-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GLENN CABRERA,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by Monday, February 13, 2006 and responses to these motions shall be filed by Friday, February 24, 2006.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Wednesday, March 8, 2006, at 4:00 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is set for **Monday, March 27, 2006, at 9:00 a.m. in courtroom A-1002.**

Dated this 20th day of January, 2006.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
U. S. DISTRICT JUDGE